UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-1  ADELSO ALEXANDER VICENTE,

Defendant.
_____/

Case:2:12-cr-20021
Judge: Edmunds, Nancy G.
MJ: Whalen, R. Steven
Filed: 01-12-2012 At 10:03 AM
INFO USA V ADELSO ALEXANDER VICENTE (EB)

VIOLATIONS:   18 U.S.C. § 2422(b)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

(18 U.S.C. § 2422(b) – *Persuading or Coercing a Minor to Engage in Sexual Activity*)

D-1    ADELSO ALEXANDER VICENTE.

On or about April of 2011 through September 14, 2011, in the Eastern District of Michigan and elsewhere, the defendant, ADELSO ALEXANDER VICENTE, did use any facility of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce a minor, age 13, to engage in sexual activity for which any person could be charged with a

criminal offense, specifically, criminal sexual conduct in the third degree contrary to Michigan Compiled Law 750.520c(1)(a), in violation of Title 18, United States Code, Section 2422(b).

BARBARA L. MCQUADE
UNITED STATES ATTORNEY


s/Kevin Mulcahy
KEVIN MULCAHY
Assistant United States Attorney
Chief, General Crimes Unit
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: 313-226-9713
E-Mail: kevin.mulcahy@usdoj.gov


s/Matthew A. Roth
MATTHEW A. ROTH
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: 313-226-9186
E-Mail: matthew.roth2@usdoj.gov


Dated: January 12, 2012

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov( | Case: 2:12-cr-20021<br>Judge: Edmunds, Nancy G.<br>MJ: Whalen, R. Steven<br>Filed: 01-12-2012 At 10:03 AM<br>INFO USA V ADELSO ALEXANDER VICENTE<br>(EB) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008   [ ]

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes       X No | AUSA's Initials: MAR |

Case Title:   USA v. ADELSO ALEXANDER VICENTE

County where offense occurred :   Wayne

Check One:        X Felony            ☐ Misdemeanor            ☐ Petty

        ____Indictment/__X__Information --- no prior complaint.
        ____Indictment/____ Information --- based upon prior complaint [Case number: ]
        ____Indictment/_____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information

**Superseding to Case No:** _____

☐   Original case was terminated; no additional charges or defendants.
☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 11, 2012
    Date

MATTHEW A. ROTH
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9186
Fax: (313) 226-2372
E-Mail address:  matthew.roth2@usdoj.gov
Bar No.:  P58549

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09