47

TO: Honorable Judge Nancy G. Edmunds

From: Adelso Alexander Vicente # 46693-039
    Federal Detention Center
    P.O. Box 526255
    Houston, TX 77052-6255

F I L E D

JUN 17 2021

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

MOTION                    Date: 06-07-2021

Subject: Sentencing Reconsideration.
    Case No: 12CR20021-1

Honorable Judge Nancy G. Edmunds,
    I am writing to give you an update of my progress with
the hope of going your Reconsideration or Modification of
my sentence in the above case for the following Reason.
    I was sentenced to 135 months on 07-26-2012 I have
served 9 Year and months which is more the half of my sentence
without not receiving any disciplinary reports anywhere, also
I participate in the save the youth program any institution I was
and I send to you All my certificate, and.
    I am currently enrolled in the kitchen worker, I have good
support with my family and self upon my release. I am
accept full responsibility for my unexceptable action,
I am feel a shame in the stress, I've put on my
family and society in a whole the Remorse and
Shame. Honorable Jude. My mother she is old
she have problems in his heart and diabetic Please give
me a opportunity see my mother and she are alone
and my motivator to take full advantage of every
opportunity within this system to better myself.
    Honorable Judge, I am not allowed to receive
any time off my sentence for participating in
different help program or the treatment and within the
system the allows others to receive. Also I am not
resident or U.S. citizen I not figth in inmigration.
    The above are all facts and the basic of my respectfull
requesting a reconsideration or modification of my sentence
which is within your Honorable Authority.
    Thank you in advance for your time and →

Consideration also a speedy response will be
Honorable Jude Thank you and Greatly Appreciated
and have a bless day

Sincerely,

Adelso Vicente

```
   HOUGM  540*23 *            SENTENCE MONITORING         *      05-05-2021
PAGE 002          *            COMPUTATION DATA           *      07:33:56
                                AS OF 05-05-2021
```

REGNO..: 46693-039 NAME: VICENTE, ADELSO ALEXANDE


------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 07-03-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-03-2020 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 07-26-2012
TOTAL TERM IN EFFECT............:   135 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    11 YEARS        3 MONTHS
EARLIEST DATE OF OFFENSE........: 09-14-2011

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 607
TOTAL GCT EARNED................: 432
STATUTORY RELEASE DATE PROJECTED: 02-25-2022
ELDERLY OFFENDER TWO THIRDS DATE: 01-25-2020
EXPIRATION FULL TERM DATE.......: 10-25-2023
TIME SERVED.....................:     8 YEARS        9 MONTHS      10 DAYS
PERCENTAGE OF FULL TERM SERVED..: 78.0
PERCENT OF STATUTORY TERM SERVED:  91.5

PROJECTED SATISFACTION DATE.....: 02-25-2022
PROJECTED SATISFACTION METHOD...: GCT REL
```

REMARKS.......: PAROLED FROM STATE ON 10-17-18 R/DJC.
                1-7-20 GCT UPDATED PURSUANT TO FSA R/JMD.


G0002       MORE PAGES TO FOLLOW . . .

```
  HOUGM  540*23 *              SENTENCE MONITORING          *    05-05-2021
PAGE 003 OF 003 *              COMPUTATION DATA             *    07:33:56
                                AS OF 05-05-2021

REGNO..: 46693-039 NAME: VICENTE, ADELSO ALEXANDE


--------------------------- CURRENT DETAINERS: ---------------------------

DETAINER NO..: 001
DATE LODGED..: 01-24-2019
AGENCY.......: IMMIGRATION & CUSTOMS ENFORCE
AUTHORITY....: US IMMIGRATION CUSTOMS & ENFORCEMENT
CHARGES......: POSSIBLE DEPORTATION - GUATEMALA
               A# 205 001 066
```

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

DATE REVIEWED   11-12-2019

INSTITUTION:      RIVERS              UNIT:           C
                  CORRECTIONAL

INMATE NAME:      VICENTE, ADELSO     REG NO:         46693-039
                  ALEXANDE

FIRST STEP ACT (Circle One):        ELIGIBLE    /    INELIGIBLE

RECIDIVISM RISK LEVEL (Circle One):          MINIMUM   LOW   MEDIUM   HIGH

# Certificate of Accomplishment

Awarded to

## Adelso Vicente

For Successful Completion of

**ACCI: Employment**

May 2019

Rivers Program Department
Winton, NC

_____

Education Director

# Certificate of Accomplishment

Awarded to

## Adelso Vicente

For Successful Completion of

### Skillsoft: Reaching Sound Conclusions

May 2019

Rivers Program Department
Winton, NC

_____

Education Director

# Certificate of Accomplishment

Awarded to

## Adelso Vicente

For Successful Completion of

### Skillsoft: Planning an Effective Presentation

May 2019

Rivers Program Department
Winton, NC

_____
Education Director

# Certificate of Accomplishment

*Awarded to*

## Adelso Vicente

*For Successful Completion of*

### ACCI: Driver Responsibility

*May 2019*

*Rivers Program Department*
*Winton, NC*

_____

*Education Director*

# Certificate of Accomplishment

Awarded to

## Adelso Vicente

For Successful Completion of

### Skillsoft: Understanding Unconscious Bias

May 2019

Rivers Program Department

Winton, NC



Education Department

# Certificate of Accomplishment

Awarded to

## Adelso Vicente

For Successful Completion of

### Skillsoft: Building Your Presentation

April 2019

Rivers Program Department
Winton, NC

_____
Education Director

# Certificate of Accomplishment

*Awarded to*

## Adelso Vicente

*For Successful Completion of*

### Skillsoft: Making and Carrying Out Tough Decisions

*April 2019*

*Rivers Program Department*
*Winton, NC*

_____
*Education Director*

# Certificate of Accomplishment

Awarded to

## Adelso Vicente

For Successful Completion of

### Skillsoft: Interacting with Customers

April 2019

Rivers Program Department
Winton, NC

_Education Director_

# Certificate of Accomplishment

Awarded to

## Adelso Vicente

For Successful Completion of

### Skillsoft: Interpersonal Communication: Communicating with Confidence

April 2019

Rivers Program Department
Winton, NC

_Education Director_

# Certificate of Accomplishment

*Awarded to*

## Adelso Vicente

*For Successful Completion of*

### Skillsoft: Managing Pressure and Stress to Optimize Your Performance

*April 2019*

Rivers Program Department
Winton, NC

Education Director

# Certificate of Accomplishment

Awarded to

## Adelso Vicente

For Successful Completion of

### Skillsoft: Overcoming Unconscious Bias in the Workplace

April 2019

Rivers Program Department
Winton, NC

_____
Education Director

Partners in Change: Psychological and Community Services, PLC

## Certificate of Completion

Awarded to

Adelso Vicente

For completion of the
Advanced Substance Abuse Treatment Groups
Central Michigan Correctional Facility

On this day the 1st of August, 2018

By: 

M. Ricards



# CERTIFICATE of ACHIEVEMENT

AWARDED TO

## ADELSO ALEXANDER VICENTE

FOR SUCCESSFUL COMPLETION OF THE HIGH STANDARDS OF EXCELLENCE OF THE

INEA DIPLOMA

VIA MEXICAN GOVERNMENT / MEXICAN CONSULATE, RALEIGH, NORTH CAROLINA
IN WINTON, NORTH CAROLINA

INEA PRIMARIA: 9.0 / INEA SECUNDARIA: 9.0 / RFE:VIUA830120267

April, 30th
2019

SIGNED, S. Kelly, ESL Instructor/INEA Coordinator

SIGNED, H. Douglas, Director of Education

The GEO Group, Inc.
Winton, North Carolina, USA

# Certificate of Completion

## Employment Readiness

This Certificate is presented to:

### ADELSO VINCENTE

For Successfully Completing the:

## Workforce Development Modules

Awarded on: 1/21/2016

Instructor

Principal

# Certificate of Participation

Awarded to

## Vicente 841410

for the successful completion of

## Sex Addicts Anonymous



S. Wilkinson

Self Help Coordinator

NCF-
Self-Help
Library

Prisoner Facilitated Group

Completed:   10/24/2015



# Certificate of Participation

Awarded to

## Vicente 841410

for the successful completion of

# Cycles & Sexual Offender Victim Empathy

Prisoner Facilitated Group

Completed: 1/3/2015

S. Wilkinson

Self Help Coordinator

NCF-
Self-Help
Library

# Certificate of Participation

*Awarded to*

## Vicente 841410

*for the successful completion of*

## At the Altar of Sexual Idolatry

**S. Wilkinson**

**Self Help Coordinator**

NCF -
Self Help
Library

**Prisoner Facilitated Group**

**Completed: 1/7/2016**

# Certificate of Participation

*Awarded to*

## Vicente 841410

*for the successful completion of*

## At the Altar of Sexual Idolatry



DEC 1 3 2017

SELF HELP.

**V. Roush**

**Self Help Coordinator**

**Prisoner Facilitated Group**

**Completed: 11/29/2017**

# Certificate of Participation

## Awarded to

### Vicente 841410

*for the successful completion of*

## Cycles & Assaultive Offender Victim Empathy



**Prisoner Facilitated Group**

**Completed:  10/26/2015**

**S. Wilkinson**

**Self Help Coordinator**

NCF-
Self-Help
Library

# Certificate of Participation

Awarded to

## Vicente #841410

for the successful completion of

## Communications in Relationships



JUL 2 8 2018
STF
SELF HELP

V. Roush
Self Help Coordinator

Prisoner Facilitated Group
Completed: 07/28/2018

# Certificate of Participation

*Awarded to*

## Vicente 841410

*for the successful completion of*

## Men are from Mars/Women are from Venus

STP
APR 25 2017
SELF HELP

V. Roush

Self Help Coordinator

Prisoner Facilitated Group

Completed: 04/02/2017

# Certificate of Participation

## Awarded to

## Vicente 841410

*for the successful completion of*

# 7 Habits of Highly Effective People

STF
JUN 3 0 2017
SELF HELP

V. Roush
Self Help Coordinator

Prisoner Facilitated Group
Completed: 06/07/2017

# Certificate of Participation

Awarded to

## Vicente 841410

for the successful completion of

## Me/You Boundaries

STF
MAR 16 2017
SELF HELP

V. Roush

Self Help Coordinator

Prisoner Facilitated Group

Completed: 03/13/2017

# Certificate of Participation

*Awarded to*

## Vicente 841410

*for the successful completion of*

## Men & Anger

S. Wilkinson

**Self Help Coordinator**

NCF SELF - HELP
LIBRARY

**Prisoner Facilitated Group**

**Completed:  6/5/2015**

# Certificate of Participation

*Awarded to*

## Vicente 841410

*for the successful completion of*

## Rational Emotive Behavior Therapy

S. Wilkinson

Self Help Coordinator

Prisoner Facilitated Group

Completed:   9/17/2015

NCF SELF - HELP
LIBRARY

# Certificate of Participation

Awarded to

## Vicente 841410

for the successful completion of

## Life Beyond Loss



**Prisoner Facilitated Group**

**Completed:   9/13/2015**

**S. Wilkinson**
**Self Help Coordinator**

NCF SELF - HELP
LIBRARY



# Certificate of Participation

Awarded to

## Vicente 841410

for the successful completion of

## Hope & Recovery

S. Wilkinson
Self Help Coordinator

NCF SELF - HELP
LIBRARY

Prisoner Facilitated Group

Completed: 7/11/2015

# Certificate of Participation

Awarded to

## Vicente 841410

for the successful completion of

## Life Beyond Addiction



S. Wilkinson

Self Help Coordinator

Prisoner Facilitated Group

Completed:   7/2/2015

NCF SELF - HELP
LIBRARY

# Certificate of Participation

Awarded to

## Vicente 841410

for the successful completion of

## Communication In Relationships

Prisoner Facilitated Group

Completed:  9/25/2015

S. Wilkinson

**Self Help Coordinator**

NCF - MSOP
Self-Help
Library

# Certificate of Participation

*Awarded to*

## Vicente 841410

*for the successful completion of*

## In The Shadows of The Net



APR 1 5 2018

SELF HELP

**Prisoner Facilitated Group**

**Completed: 04/15/2018**

**V. Roush**

**Self Help Coordinator**

# Certificate of Accomplishment

Awarded to

## Adelso Vicente

For Successful Completion of

*Skillsoft: Cultivating Relationships with Your Peers*

April 2019

Rivers Program Department
Winton, NC

_____
Education Director

# Certificate of Accomplishment

Awarded to

## Adelso Vicente

For Successful Completion of

### Skillsoft: Establishing Self-confidence for Life

April 2019

Rivers Program Department
Winton, NC

_Education Director_

# Certificate of Accomplishment

*Awarded to*

## Adelso Vicente

*For Successful Completion of*

### Skillsoft: Overcoming Your Own Unconscious Biases

*April 2019*

*Rivers Program Department*
*Winton, NC*

_____

*Education Director*

# Certificate of Accomplishment

*Awarded to*

## Adelso Vicente

For Successful Completion of

*Skillsoft: Become a Great Listener*

April 2019

Rivers Program Department
Winton, NC

_____
Education Director

# Certificate of Accomplishment

Awarded to

## Adelso Vicente

For Successful Completion of

### Skillsoft: Building Your Presentation

April 2019

Rivers Program Department

Winton, NC

_Education Director_

# Certificate of Accomplishment

Awarded to

## Adelso Vicente

For Successful Completion of

### Skillsoft: Choosing and Using the Best Solution

April 2019

Rivers Program Department
Winton, NC

_____
Education Director

# Certificate of Accomplishment

Awarded to

## Adelso Vicente

For Successful Completion of

### Skillsoft: Make the Time You Need: Get Organized

April 2019

Rivers Program Department
Winton, NC

_Education Director_

# Certificate of Accomplishment

*Awarded to*

## Adelso Vicente

For Successful Completion of

*Skillsoft: Ensuring Successful Presentation Delivery*

April 2019

Rivers Program Department
Winton, NC

_____
Education Director

# Certificate of Accomplishment

Awarded to

## Adelso Vicente

For Successful Completion of

### Skillsoft: Difficult People: Why They Act That Way and How to Deal with Them

April 2019

Rivers Program Department
Winton, NC

_____
Education Director

# Certificate of Accomplishment

*Awarded to*

## Adelso Vicente

*For Successful Completion of*

## Skillsoft: Developing Your Business Ethics

*April 2019*

Rivers Program Department
Winton, NC

Education Director



Adelso Vicente 46693-039
Federal Detention Center
P.O. Box 526255
Houston TX 77052-6255

no postmark

Judge Nancy G. Edmunes
Eastern District of Michigan
United States District Court
231 W. LaFayette Blvd
Room 805
Detroit MI 48226

RECEIVED
JUN 2 1 2021
CLERKS OFFICE
DETROIT

THIS CORRESPONDENCE IS FROM AN INMATE
IN CUSTODY OF THE BUREAU OF PRISONS

